# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00599-CV

### Reyes Lopez, Sr. and Maria Lopez, Appellants

### v.

### Sheree Givens Bautista, Appellee

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 11-1505-F425, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Reyes Lopez, Sr., Maria Lopez, and appellee Sheree Givens Bautista have filed a joint motion to dismiss with prejudice, indicating that the parties have resolved their dispute and agreed to dismiss this action with prejudice as part of an enforcement order and temporary orders in a suit to modify a parent-child relationship which has been entered by the trial court below. We grant the parties' motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Joint Motion

Filed:   October 24, 2012